```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF MISSOURI
                     EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
     v.                      )    No. 4:05-CR-294 (CEJ)
                             )
RAMON MONTES-CASTILLO        )
                             )
          Defendant.         )
```

**MEMORANDUM AND ORDER**

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial motions in this case to United States Magistrate Judge Thomas C. Mummert, III for determination and recommended disposition, where appropriate. On November 4, 2005, Judge Mummert issued a Memorandum and an Order and Report and Recommendation with respect to the pretrial motions filed by defendant Ramon Montes-Castillo.

The defendant has filed general, unsupported objections to these recommendations. With respect to the defendant's suppression motions, the Court, after *de novo* review, finds that the magistrate judge's factual findings are fully supported by the testimony and exhibits presented at the suppression hearing and that the magistrate judge's legal conclusions are consistent with the law applicable to the motions. With respect to the remaining motions, the defendant has not shown that the magistrate judge's orders are clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A). Therefore, the defendant's objections will be

overruled.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Report and Recommendation of United States Magistrate Judge is **sustained, adopted and incorporated herein**.

**IT IS FURTHER ORDERED** that the motions of defendant Ramon Montes-Castillo for severance [Doc. #84] and to suppress the contents of any electronic surveillance [Doc. #89 and #118] are **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2005.